# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3:CR-18-037 |
| v. | : | (JUDGE MANNION) |
| **JESSE CAREY** | : | |
| **Defendant** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The government's motion *in limine*, **(Doc. 71)**, is **GRANTED IN PART**; and

**(2)** The government is **GRANTED** to the extent that it will be allowed to introduce at trial evidence of three of defendant Carey's prior felony convictions, namely, his convictions for drug trafficking, theft and robbery, and it will be allowed to impeach Carey's credibility with his stated prior felony convictions if he testifies on his own behalf at trial. The government will also be allowed to mention the nature of Carey's prior theft and robbery convictions if he testifies at trial. The government will not be allowed to mention the nature of Carey's prior drug trafficking conviction if he testifies and will only be allowed to indicate that Carey had

previously been convicted of another unspecified felony in March 2009.

**(3)** The government's motion *in limine*, **(Doc. 71)**, is **DENIED** with respect to Carey's prior escape conviction and this conviction cannot be used to impeach Carey if he testifies at trial.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 3, 2019**
18-037-01-ORDER