# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

**v.** : **CRIMINAL NO. 3:CR-18-037**

**JESSE CAREY,** : **(JUDGE MANNION)**

**Defendant** :

# ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Carey's motion to set aside default judgment, (Doc. 100, at 1-3), is **DENIED**;

(2) Carey's motion for return of property, (Doc. 101), is **DENIED**;

(3) Carey's motion to sever, (Doc. 100, 4-8), is **DENIED**;

(4) Carey's motion for an extension of time to file pre-trial motions, (Doc. 102), is **DENIED AS MOOT**;

(5) Carey's motion to dismiss the indictment, (Doc. 87), is **DENIED**; and

(6) Carey's three motions to suppress evidence, (Doc. 86; Doc. 108; Doc. 111), are **DENIED** except with regard to the

issue of the use of evidence obtained from Carey's cell phones, to which the government has failed to respond. The court will hold oral argument on this issue alone at the final pretrial conference on December 19, 2019.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 13, 2019**
18-037-02-ORDER