UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:CR-18-037 |
| JESSE CAREY, | : | (JUDGE MANNION) |
| Defendant | : | |

# ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Carey's motion to suppress the contents of his cell phones ([Doc. 111)](), is **DENIED**.

> s/ *Malachy E. Mannion*
> **MALACHY E. MANNION**
> **United States District Judge**

**DATE: January 6, 2020**
18-037-03-ORDER