# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 3:CR-18-037 |
| **JESSE CAREY,** | : | (JUDGE MANNION) |
| **Defendant** | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Carey's motion to withdraw his guilty plea, ([Doc. 147)](), is **DENIED**; and

**(2)** Carey's motion to withdraw his motion to withdraw his guilty plea, ([Doc. 164)](), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 27, 2020**
18-037-04-ORDER