# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 3:CR-18-037** |
| **JESSE CAREY,** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

## ORDER

For the reasons set forth in the court's memorandum of this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** The government's objections to the PSR, (Doc. 167), are **SUSTAINED**;

**(2)** Carey qualifies as a career offender under U.S.S.G. §4B1.1; and,

**(3)** Carey's total offense level is 30, his criminal category is VI, and his advisory guideline range is 168-210 months imprisonment.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 30, 2020**
18-037-05-ORDER